# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:17-cv-474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) **ORDER** |
| CHRISTENBURY EYE CENTER, P.A., <br> JONATHAN CHRISTENBURY, M.D. <br> and ELLIE PENA-BENARROCH, | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' "Motion to Extend Mediation Deadline" (document #54). For the reasons stated therein, the Motion is granted.

**NOW THEREFORE**, the mediation deadline is extended through Tuesday, July 03, 2018.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 16, 2018

David S. Cayer
United States Magistrate Judge