# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:17-cv-474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRISTENBURY EYE CENTER, P.A., ) | |
| JONATHAN CHRISTENBURY, M.D. ) | |
| and ELLIE PENA-BENARROCH, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Strike Defendants' Reply, or in the Alternative, Motion for Leave to File Surreply in Opposition to Defendants' Motion to Issue an Order Directing the Mecklenburg County Department of Social Services to Produce Records" (document #56) and "Plaintiff's Motion to Strike Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendant Ellie Pena-Benarroch's Motion for Protective Order [Doc. 52], or in the Alternative, Motion for Leave to File Surreply" (document #58).

The Court has reviewed Plaintiff's proposed Sur-replies. To that extent, the Motions are granted.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 20, 2018

David S. Cayer
United States Magistrate Judge