IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-cv-00474-FDW-DSC

NILOUFAR SANIRI,

    Plaintiff,

v.

CHRISTENBURY EYE CENTER, P.A.,
JONATHAN CHRISTENBURY, M.D., and
ELLIE PENA-BENARROCH,

    Defendants.

**ORDER DIRECTING THE MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES TO PRODUCE RECORDS**

Upon consideration of Defendants Christenbury Eye Center, P.A. and Ellie Pena-Benarroch's (collectively referred to as "Defendants"), *Motion to Issue an Order Directing the Mecklenburg County Department of Social Services to Produce Records* (document #48); and the Court having considered all briefs and arguments in support of and in opposition thereto; and the Motion having been fully briefed; and that Title 10A, North Carolina Administrative Code Section 69.0505 provides that, "Client information may be disclosed without the consent of the client in response to a court order;" and the Court being of the opinion that good cause exists for the granting of the Motion;

**IT IS THEREFORE ORDERED** that Defendants' *Motion to Issue an Order Directing the Mecklenburg County Department of Social Services to Produce Records* is GRANTED; that Defendants' January 10, 2018 Subpoena Duces Tecum to the Mecklenburg County Department of Social Services is incorporated into this Order by reference; and that Mecklenburg County Department of Social Services is ORDERED to comply with and produce all documents, electronically stored information, and other communications responsive to Defendants' January 10, 2018 Subpoena Duces Tecum.

**SO ORDERED**.

Signed: February 20, 2018

David S. Cayer
United States Magistrate Judge