IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:17-cv-00474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTENBURY EYE CENTER, P.A., JONATHAN CHRISTENBURY, M.D., and ELLIE PENA-BENARROCH,<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S NORTH CAROLINA WAGE AND HOUR ACT CLAIM** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Niloufar Saniri and Defendants Christenbury Eye Center, P.A., Jonathan Christenbury, M.D., and Ellie Pena-Benarroch hereby jointly stipulate to the dismissal without prejudice of Plaintiff's North Carolina Wage and Hour Act claim as to all Defendants and as alleged in Count Seven of Plaintiff's Corrected Amended Complaint [DE # 23]. Each Party shall bear their own fees and costs with respect to this Plaintiff's wage and hour claim.

Respectfully submitted, this the 21st day of June, 2018.

| MALONEY LAW & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| BY: */s/ Margaret B. Maloney*<br>Margaret Behringer Maloney<br>N.C. State Bar No. 13253<br>Jennifer D. Spyker<br>N.C. State Bar No. 46048<br>*Attorneys for Plaintiff Niloufar Saniri*<br>1824 East Seventh Street<br>Charlotte, NC 28204<br>Telephone: (704) 632-1622<br>Facsimile: (704) 632-1623<br>Email: mmaloney@maloneylegal.com<br>Email: jspyker@maloneylegal.com | BY: */s/Ann H. Smith*<br>ANN H. SMITH<br>N.C. State Bar No. 23090<br>JASON V. FEDERMACK<br>N.C. State Bar No. 46014<br>*Attorneys for Defendants Christenbury Eye Center P.A., Jonathan Christenbury, M.D., and Ellie Pena-Benarroch*<br>3737 Glenwood Avenue, Suite 450<br>Raleigh, NC 27612<br>Telephone: (919) 760-6460<br>Facsimile: (919) 760-6461<br>Email: ann.smith@jacksonlewis.com<br>Email: jason.federmack@jacksonlewis.com |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| CHRISTENBURY EYE CENTER, P.A., ) | |
| JONATHAN CHRISTENBURY, M.D. ) | |
| and ELLIE PENA-BENARROCH, ) | |
| ) | |
| Defendants. ) | |

The undersigned certifies that on June 21, 2018, a copy of the attached *Joint Stipulation of Dismissal Without Prejudice of Plaintiff's Wage and Hour Act Claim* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system which will send notification of such filing to the following:

Ann H. Smith
Jason V. Federmack
Jackson Lewis P.C.
3737 Glenwood Ave., Ste. 450
Raleigh, NC 27612
ann.smith@jacksonlewis.com
jason.federmack@jacksonlewis.com
*Attorneys for Defendants*

MALONEY LAW & ASSOCIATES, PLLC

BY: */s/ Margaret B. Maloney*
Margaret Behringer Maloney
N.C. State Bar No. 13253
Jennifer D. Spyker
N.C. State Bar No. 46048
*Attorneys for Plaintiff Niloufar Saniri*
1824 East Seventh Street
Charlotte, NC 28204
Telephone: (704) 632-1622
Facsimile: (704) 632-1623
Email: mmaloney@maloneylegal.com
Email: jspyker@maloneylegal.com