UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTENBURY EYE CENTER, P.A., ) <br> JONATHAN CHRISTENBURY, M.D. and ) <br> ELLIE PENA-BENARROCH, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte*. Upon reconsidering Defendants' request for an extension of the case settlement deadline, the Court determines good cause for an extension exists.

IT IS THEREFORE ORDERD that the Case Settlement Deadline be extended up to and including **September 4, 2018**.

IT IS SO ORDERED.

Signed: August 30, 2018

Frank D. Whitney
Chief United States District Judge

1