UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00474-FDW-DSC

| | | |
|---|---|---|
| NILOUFAR SANIRI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHRISTENBURY EYE CENTER, P.A., | ) | |
| JONATHAN CHRISTENBURY M.D. and | ) | |
| ELLIE PENA-BENARROCH, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

TAKE NOTICE that a status conference between the parties will take place before the undersigned on **Wednesday, October 17, 2018, at 9:30 a.m.** in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 20202. Parties are directed to give the Court an update on settlement at that time.

IT IS SO ORDERED.

Signed: September 25, 2018

Frank D. Whitney
Chief United States District Judge

1