IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:17-cv-00474-FDW-DSC

| | |
|---|---|
| NILOUFAR SANIRI,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTENBURY EYE CENTER, P.A.,<br>JONATHAN CHRISTENBURY, M.D.<br>and ELLIE PENA-BENARROCH,<br><br>  Defendants. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

NOW COMES Plaintiff Niloufar Saniri ("Plaintiff") and Defendants Christenbury Eye Center, P.A., Jonathan Christenbury, M.D., and Ellie Pena-Benarroch ("Defendants") and pursuant to Rule 41(a)(1)(A)(ii) stipulate that all of Plaintiff's claims against Defendants in this lawsuit are hereby dismissed *with prejudice*. Each party will bear its own costs.

Respectfully submitted this the 9th day of October, 2018.

| MALONEY LAW & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| BY:/*s/* Margaret Behringer Maloney<br>Margaret Behringer Maloney<br>N.C. Bar No. 13253<br>Jennifer Diane Spyker<br>N.C. Bar No. 46048<br>*Attorneys for Plaintiff*<br>1824 East 7th Street<br>Charlotte, NC 28204<br>Telephone: 704-632-1622<br>Facsimile: 704-632-1623<br>Email: mmaloney@maloneylegal.com<br>Email: jspyker@maloneylegal.com | BY:/*s/ Ann H. Smith*<br>Ann H. Smith<br>N.C. State Bar No. 23090<br>Jason V. Federmack<br>N.C. State Bar. No. 46014<br>*Attorneys for Defendant*<br>3737 Glenwood Avenue, Suite 450<br>Raleigh, NC 27612<br>Telephone: (919) 760-6460<br>Facsimile: (919) 760-6461<br>Email: Ann.Smith@jacksonlewis.com<br>Email: Jason.Federmack@jacksonlewis.com |

1

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification to counsel for Defendant as follows:

                      Ann H. Smith
                      Jason Federmack
                      Jackson Lewis P.C.
                      3737 Glenwood Avenue, Suite 450
                      Raleigh, NC  27612
                      Ann.Smith@jacksonlewis.com
                      Jason.Federmack@jacksonlewis.com

      This the 9th day of October, 2018.

                                                    /s/ Margaret B. Maloney

MALONEY LAW & ASSOCIATES, PLLC
1824 East Seventh Street
Charlotte, NC 28204
Telephone: (704) 632-1622
Facsimile: (704) 632-1623